UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael J. Watanbe<br>United States Magistrate Judge | Tracey Lee<br>Deputy Clerk |
| Case Number: 07-mj-01243 | FTR MJW PM |
| January 10, 2008 | |
| UNITED STATES OF AMERICA<br>　　v. | Habib Nasrullah |
| BERYL KOENIG | Scott Varholak |

### MOTION HEARING  [ 12 ]

Court in Session: 2:23 pm

Court calls case and appearances of counsel.

Defense counsel addresses the court.

Court addresses the defendant.

Court presents findings.

**ORDERED:** Motion [12 ] is granted in part and denied in part. GRANTED as to the withdrawal of Federal Public Defender Scott Varholak. DENIED as to the remainder of the motion.

**ORDERED:** Defendant is to appear in the District of South Carolina, Anderson Division on January 24, 2008 at 10:00am.

Court in recess: 2:32 pm

Total time in court: 9  minutes , Hearing concluded.